```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                            CASE NO. 09 B 03193
   RAY A JACKSON
   MABLE J JACKSON                                CHAPTER 13

                                                  JUDGE: JACK B SCHMETTERER
          Debtor
   SSN XXX-XX-7043    SSN XXX-XX-0097

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
   The case was filed on 02/01/2009 and was not confirmed.

   The case was transferred to Glenn Stearns, Trustee on 02/20/2009.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS        CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                         PAID          PAID
--------------------------------------------------------------------------
COMMONWEALTH EDISON      UNSECURED       705.25           .00           .00
PRA RECEIVABLES MGMT     UNSECURED       319.65           .00           .00
PRA RECEIVABLES MGMT     UNSECURED       599.55           .00           .00
NELLA E MARIANI          DEBTOR ATTY        .00                         .00
TOM VAUGHN               TRUSTEE                                        .00
DEBTOR REFUND            REFUND                                         .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                        --------------        --------------
TOTALS                       .00                      .00

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 03/10/09                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```